# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTIAN DIOR WOMACK,      :     Civil No. 1:25-CV-00630

      Petitioner,      :

      v.      :

FERNANDO GARZA,      :

      Respondent.      :     Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 24th day of April, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1.  The petition, Doc. 1, is **DISMISSED**.

2.  The Clerk of Court shall **CLOSE** this case.

      s/Jennifer P. Wilson
      JENNIFER P. WILSON
      United States District Judge
      Middle District of Pennsylvania